IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CALVIN HOLMAN, # 193826,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 22-0155-JB-N** |
| **R. BUTLER**, *et al.*, | : |
| Defendants. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). It is further **ORDERED** that the claims against Defendants R. Butler, A. McClain, Mr. Murphy, and Ms. Smith are **DISMISSED with prejudice** as frivolous and that the claims against Defendants D. Wright and H. Lambert for denial of restroom, shower, and clean clothes are **DISMISSED without prejudice** for failure to state a plausible claim and for restraining Plaintiff are **DISMISSED with prejudice** as frivolous.

DONE and ORDERED this 3rd day of January, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE